```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16528
   JO ANNE C GRETENCORD SZOBAR
   STEVE A SZOBAR SR                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5701     SSN XXX-XX-8033
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/13/06 and confirmed on 03/07/07.

2. The case was dismissed after confirmation, 11/14/2008.

3. The Debtor paid a total of $ 18430.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | SECURED VEHIC | 11441.08 | 690.16 | 4767.10 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| MORRIS COMMUNITY CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 26311.00 | .00 | 11845.07 |
| ECAST SETTLEMENT CORPORA | SPECIAL CLASS | 26993.54 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 426.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2934.91 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10023.13 | .00 | .00 |
| E TRADE | UNSECURED | 20704.89 | .00 | .00 |
| GRUNDY BANK | UNSECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8541.92 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5416.39 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 706.97 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1370.40 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 412.45 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2754.09 | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 38632.16 | .00 | 414.07 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 37752.08 | 38632.16 | 80284.84 | .00 | 156669.08 |
| PRINCIPAL PAID | 16612.17 | 414.07 | .00 | .00 | 17026.24 |
| INTEREST PAID | 690.16 | .00 | .00 | .00 | 690.16 |

```
TOTAL PAID              17302.33           414.07             .00             .00       17716.40
```
The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $         .00
and was paid $         .00 .

The Trustee received $     713.60 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE